01-15-0277-CR

NO. 1439664

WILLIE L. McDowell )
)
VS. )
)
THE STATE OF TEXAS )
)
)

IN THE COURT OF APPEALS
THE SOUTHERN DISTRICT OF TEXAS
AT HOUSTON, TEXAS

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
MAR 26 2015
CHRISTOPHER A. PRINE
CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
MAR 26 2015
CHRISTOPHER A. PRINE
CLERK

## PETITION FOR WRIT OF MANDAMUS

## TO THE HONORABLE JUDGE OF SAID COURT

NOW COMES WILLIE L. McDowell, PETIONER FILES THIS HIS APPLICATION FOR WRIT OF MANDAMUS And COMPLAINING OF JEANNIE BARR RESPONDENT, WOULD SHOW THE COURT THE FOLLOWING:

### I.

THE RESPONDENT JEANNIE BARR PRESIDING JUDGE OF THE 182Nd COURT OF HARRIS COUNTY, TEXAS, IS NOT STICKING TO STRICK TRIAL CONTINUANCE POLICY.

THE PETITIONER HAS BEEN SET FOR TRIAL SINCE MAY OF 2003 And HAS AGREED TO NONE OF THOSE CONTINUANCES, OR HAD A HEARING TO SHOW OVERRIDEING NECESSITY. AND HAS HAD OVER 7 TRIAL CONTINUANCES.

### II.

THE DEFENDANT/PETITIONER ALSO HAS FILED A ORIGINAL WRIT OF HABEAS CORPUS, A PETITION TO CONVENE A COURT OF INQURY AND A MOTION FOR THE MANDATORY DISQUALIFICATION AND RECUSAL OF HONORABLE JUDGES OLEN UNDERWOOD, JEANNIE BARR

AND EVERY JUDICIAL DISTRICT COURT JUDGE TRYING CRIMINAL CASES HERE IN HARRIS COUNTY, TEXAS FROM HEARING OR ENTERTAINING THE ATTACHED PETITION TO CONVENE A COURT OF INQUIRY for "CRIMINAL CONSPIRACY" "OFFICIAL OPPRESSION" "VIOLATIONS OF CIVIL RIGHTS OF PERSONS IN CUSTODY" "AGGRAVATED PERJURY" SECURING EXECUTION OF DOCUMENTS BY DECEPTION" AND ABUSE OF OFFICIAL CAPACITY".

THESE MOTIONS WERE PLACED ON FILE AND THEN REMOVED AND DISCARDED. WITH NO RESPONSE. THE PETITIONER STILL SUFFERS FROM THESE ACTS IN PURSUIT OF A FAIR AND SPEEDY TRIAL.

## III.

BY THE AUTHORITY OF AND IN ACCORDANCE TO THE STANDINGS OF RUTHERFORD V. STATE, 16 TEX. APP 649 (1884) (MOREAU V. BOND, 114 T. 468, 271 S.W. 379 (1925) ▪ WHICH STATES "A SPEEDY TRIAL MEANS A REASONABLY SPEEDY TRIAL AND THE RIGHT TO IT MAY BE SECURED BY THE WRIT OF HABEAS CORPUS OR MANDAMUS. SEE ALSO VERNON'S ANN. C.C.P ART 576.

(APP. 7 DIST 2009) 304 S.W. 3d 503 - REQUIRING A DISTRICT COURT TO PROCEED TO TRIAL ON A MATTER IS SUPPORTABLE BY A MANDAMUS ACTION.

## IIII.

THE RIGHT OF AN ACCUSED IN A CRIMINAL PROSECUTION TO A SPEEDY PUBLIC TRIAL BY AN IMPARTIAL JURY WAS A RIGHT GUARANTEED BY THE COMMON LAW FROM THE EARLIEST TIMES, AND IS INTENDED TO PREVENT GOVERNMENTAL OFFICIALS FROM OPPRESSING THE CITIZEN BY HOLDING CRIMINAL PROSECTIONS SUSPENDED OVER HIM FOR AN UNREASONABLE LENGTH OF TIME

and also TO PREVENT dELAYS AND PROCRASTINATIONS by JUDICIAl TRIBUNAlS IN THE AdMINISTRATION OF CRIMINAl JUSTICE. EX PARTE TURMAN, 26 T. 708, 84 AM. DEC. 598(1863) SO THE ACTS REQUIRED OF THE RESPONdENT arE MINISTERIAl IN NATURE and ARE NOT SUBJECT TO THE dISCRETION OF THE RESPONdENT.

## V.

PETITIONER HAS NO RIGHT OF APPEAl FROM THE ACTIONS OF THE RESPONdENT and HAS no adeQUATE REMEdY AT lAW OTHER THAN A WRIT OF MANdAMUS as PRAYEd for HEREIN.

## VI.

AlSO THE PETITIONER HAS ATTACHEd A lETTER THAT HE SENT TO THE CommISSION OF JUdICIAl MISCONdUCT PERTAINING TO ANd IN PURSUIT OF OBTAINING AFArE ANd SPEEdY TRIAl. MARK AS ExhibIT A-B.

WHEREFORE, PREMISES CONSIdEREd, PETITIONER PRAYS THAT lEAVE TO FIlE THIS PETITION BE GRANTEd, THAT THE SAME BE SET for SUBMISSION, ANd THAT a WRIT OF MANdAMUS BE ISSUEd by THE COURT ORdERING and dIRECTING THE RESPONdENT TO MOVE FORWARd WITH THE TRIAl OR dISMISS THE CASE BY THE NEXT SETTING. OR dROP BONd OblIGATION.

_Willie McDowell_
PETITIONER

OATH

I WILLIE L. McDowEll, BEING PRESENTlY INCARCERATEd IN HARRIS COUNTY JAIl IN HARRIS COUNTY, TEXAS, DEClARE UNdER PENAlTY OF PERJURY THAT THE FOREGOING IS TRUE ANd CORRECT.

EXECUTEd: 3/20/15          SIGNATURE _Willie McDowell_

CAUSE NO. 1439664

WILLIE L. McDOWELL        IN THE 182nd JUDICIAL

SPN# 02442267        DISTRICT COURT OF

       HARRIS COUNTY TEXAS

PRESIDING Judge 182nd

IN HER OFFICIAL CAPACITY
RESPONDENT

## ORDER

ON THIS DAY CAME TO BE HEARD THE FOREGOING APPLICATION for WRIT of MANDAMUS and IT appears TO THE COURT THAT THE SAME Should bE.

GRANTED _____.

DENIED _____, AND IT IS SO ORDERED.

IT IS THEREFORE ordered THAT THE district court Judge OF HARRIS county court Room 182nd JEANNIE BARR MOVE forward WITH TRIAL OR drop BOND OBLIGATION AND GIVE WRITTEN RUlEING of SUCH.

SIGNED ON THIS _____ day of _____ 2015

_____
PRESIDING JUDGE

No. 1439864

| | |
|---|---|
| THE STATE OF TEXAS | IN THE 182nd JUDICIAL |
| V. | DISTRICT COURT OF |
| WILLIE L. MCDOWELL | HARRIS COUNTY, TEXAS |

To: WHOM IT MAY CONCERN.

REASON BEING TO INFORM THOSE WHO TRULLY WISH TO UP-HOLD THE CONSTITUTION EN-WHICH OUR COUNTRY IS FOUNDED. TO BRING BACK TO THE SCALES and bALANCES, WHICH DEPICT OUR CRIMINAL JUSTICE SYSTEM AS BEING FAIR.

ONLY REQUESTING THAT NO LONGER WILL A LAY-MAN TO THE LAW, BE DENIED ACCESS TO THE COURTS, WITH A FAIR OPPROTUNITY TO bECOME INFORMED OF THE RULES, GUIDELINES, and PROCEDURES OF LAW, WITH AN EQUAL OPPROTUNITY TO bE HEARD. ONLY THEN CAN a MAN, OR WOMAN MAKE a CONSCIOUS, and EducaTed dECISION ON HOW TO PROCEED WITH HIS AFFAIRS, OR TO REMAIN PRECARIOUS.

MY NAME IS WILLIE LEWIS MCDOWELL SPN#02442267. I AM ONGOINGLY BEING "OFFICIALLY OPPRESSED. DENIED DUE PROCESS OF LAW IN THAT, I AM bEING PUNISHED WITHOUT TRIAL and IN VIOLATION OF THE PRESUMPTION OF INNOCENCE WITHOUT ANY SHOWING OF OVERRIDING NECESSITY.

NOT ONLY AM I BEING OFFICIALLY OPPRESSED, AND DENIED DUE PROCESS OF LAW, BUT I AM ONE OF THE MANY VICTIMS OF A DEEP ROOTED SYSTEM OF CORRUPTION, KNOWN AS THE HARRIS COUNTY TEXAS JUDICIAL DISTRICT COURTS CRIMINAL JUSTICE AdMINISTRATION. WHO WILL GO SO FAR TO OPPRESS THE ACCUSED and HIS RIGHT TO bE HEARD THEY WILL DISCARD EMERGENCY STYLE MOTIONS and WRITS THE ACCUSED HAS SENT OUT TO bE FILED. THEY HAVE ALSO TAKEN OF OF FILE. IN SUCH CIRCUMSTANCES HOW CAN ONE DEFEND HIS OR HER SELF FROM a TRIbUNAL THAT MOVES IN SUCH bLATANT dISREGARD TO THE CONSTITUTION AND THE UNALIENABLE RIGHTS GIVEN TO US bY GOD.

WITH THAT being said, EVEN THOUGH THERE IS MUCH MORE TO BE SAID PERTAINING TO THE CRIMINAL JUSTICE SYSTEM HERE-IN HARRIS COUNTY. IN HOPE THAT THE READER CAN FEEL MY FRUSTRATION and HAVE a WILLINGNESS TO HELP ME obTAIN MY GOAL, my day IN COURT. ON THAT day I will SHOW WHAT CAN already be SEEN MY INNOCENCE.

(NOTED: THE ACCUSED HAS bEEN INCARCERATED 28 MONTHS and bEEN SET for TRIAL 22 OF THOSE MONTHS. REASON bEING THE ACCUSED REFUSES TO PLEA TO A CRIME HE did NOT COMMIT. FROM THAT POINT IS WHEN All THESE acts OF OPPRESSION and VIOLATIONS OF THE CIVIL RIGHTS OF THE accuSed bEGAN.)

NORTH HOUSTON TX 773

23 MAR 2015 PM 2 L

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: _WILLIE McDOWELL_

SPN: _01446167_  Cell: _2C2_

Street: _701 SAN JACINTO_

HOUSTON, TEXAS 77002

COURT OF APPEALS
301 FANNIN ST.
HOUSTON, TEXAS 77001

77002206699